# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00327-CV

**Francisco Murillo Gonzales, Appellant**

**v.**

**Intelecom, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. GN002419, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

**PER CURIAM**

Appellant Francisco Murillo Gonzales, through his counsel of record, has informed this Court that he is unable to further pursue his appeal, that he has instructed the district court clerk that a clerk's record should not be prepared, and that dismissal of his appeal is appropriate. We construe appellant's correspondence as a motion to dismiss and accordingly, dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: September 13, 2001

Do Not Publish